**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

EXPLORER INSURANCE COMPANY,

   Plaintiff,

v.                                         Case No: 8:13-cv-2807-T-30TGW

RUBERT ROZIN, MELISSA ROZIN
and RODLINE RIGBY,

   Defendants.

_____

**ORDER OF DISMISSAL**

   Before the Court is the Notice of Voluntary Dismissal With Prejudice (Dkt. #16).

Upon review and consideration, it is

   **ORDERED AND ADJUDGED** as follows:

   1.    This cause is dismissed with prejudice.

   2.    All pending motions are denied as moot.

   3.    The Clerk is directed to close this case.

   **DONE** and **ORDERED** in Tampa, Florida, this 7th day of April, 2014.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2013\13-cv-2807 dismiss 16.docx